| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, #185395 |
| | Assistant Federal Defender |
| 3 | OFFICE OF THE FEDERAL DEFENDER |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | rachelle.barbour@fd.org |

Attorney for Defendant
MIGUEL ANGEL RANGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case Nos. Cr. S. 2:23-cr-00172-DAD |
|---|---|
| Plaintiff, | ) |
| | ) ORDER GRANTING EARLY TERMINATION |
| v. | ) OF SUPERVISED RELEASE |
| | ) |
| MIGUEL ANGEL RANGEL, | ) |
| | ) Hon. Dale A. Drozd |
| Defendant. | ) |

Pursuant to 18 U.S.C. § 3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in the above-noted case and discharges Mr. Rangel for the reasons set forth in his unopposed Motion.

Dated: May 23, 2025.

_____
UNITED STATES DISTRICT JUDGE